JS-6

# U.S. DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO CASANOVA<br><br>        Plaintiff,<br><br>    vs.<br><br>LVNV FUNDING, LLC; and J.C. CHRISTENSEN & ASSOCIATES, INC.<br><br>        Defendants. | Case No. EDCV 16-918-GW(DTBx)<br><br>Dist. Judge: Hon. George H. Wu<br><br>**COURT ORDER UPON PARTIES' JOINT MOTION FOR DISMISSAL** |

**PLEASE TAKE NOTICE:**

The parties in this matter— Plaintiff DIEGO CASANOVA and Defendants LVNV FUNDING, LLC and J.C. CHRISTENSEN & ASSOCIATES, INC.—have jointly moved for a dismissal of this entire matter.

Pursuant to the Joint Motion of the Parties, the dismissal is to be with prejudice as to Plaintiff DIEGO CASANOVA, but without prejudice as to the putative class as

there has been no class certification in this matter.

Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 19, 2016

By: _____
GEORGE H. WU, U.S. District Judge

ii